THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 The State, Respondent,
 v.
 Eric Spratt, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal From York County
 Clifton Newman, Circuit Court Judge
Memorandum Opinion No. 2011-MO-005
Heard January 19, 2011  Filed January 31,
 2011   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, South Carolina
 Commission on Indigent Defense, of Columbia, for Petitioner.
 Attorney General Alan Wilson; Chief Deputy Attorney General John
 W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, of Columbia, Kevin Scott Brackett, 16th Circuit Solicitor's
 Office, of York, for Respondent.
 
 
 

PER CURIAM: We granted a writ of certiorari to review
 the decision of the court of appeals reversing the order of the circuit court
 and remanding for further proceedings.  We now dismiss the writ as
 improvidently granted.
DISMISSED AS
 IMPROVIDENTLY GRANTED
TOAL, C.J.,
 PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.